**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**ROBERTO VARGAS,**

> **Petitioner,**

**v.**                                                        **No. 24-cv-77-SMD-GJF**

**RONALD MARTINEZ and**
**ATTORNEY GENERAL OF**
**THE STATE OF NEW MEXICO,**

> **Respondents.**

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

United States Magistrate Judge Gregory Fouratt filed a Proposed Findings and Recommended Disposition ("PFRD") on September 23, 2025, in which he recommended that that the *Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus By A Person in State Custody* (Doc. 1) be denied and this case dismissed with prejudiced.  Doc. 12.  The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review.  *Id.* at 22.[1]  Neither party filed objections and the deadline for doing so has expired.  Accordingly, the Court concludes that appellate review has been waived.

IT IS THEREFORE ORDERED that the PFRD (Doc. 12) is ADOPTED.  In addition, because Petitioner failed to make a substantial showing that he has been denied a constitutional

---

[1]Because Petitioner receives service by mail, he was permitted to file objections to the PFRD by October 10, 2025. *See* Fed. R. Civ. P. 6(d). He has, however, not filed anything as of the date on which this Order is entered.

right, the Court will DENY a Certificate of Appealability. *See* 28 U.S.C. § 2253. A final order entered concurrently herewith DISMISSES this case WITH PREJUDICE.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**